# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 16, 2023

### NO. 03-23-00136-CV

**The Peninsula on Lake Austin Common Area Council of Owners, Inc.; Dr. David Jones; Everett Carmody; Jill Lear Williams; and Michael Lehrter, Appellants**

**v.**

**J. Lloyd Moore, Appellee**

---

**APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND THEOFANIS
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE TRIANA**

---

This is an appeal from the judgment signed by the trial court on December 2, 2022. Appellants have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.